NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PANKA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIN, INC. dba TEMPLE-INLAND., a Delaware corporation; JOHN HITT, an individual; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | CASE NO. CV11-1481 CAS (JCx)<br>Judge Christina A. Snyder<br><br>**JUDGMENT** |

　　　　This action came on for hearing before the Court on January 30, 2012, the Honorable Christina A. Snyder presiding, on Defendant TIN, INC.'s ("TIN") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

　　　　The evidence presented having been fully considered, the issues having been duly heard, including the argument of counsel, and a decision having been duly rendered,

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

**IT IS ORDERED AND ADJUDGED** that TIN's Motion is GRANTED, in its entirety, on the basis that there is no triable issue as to any fact material to TIN's Motion and that TIN is entitled to judgment as a matter of law on Plaintiff's Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment be and is hereby entered in favor of TIN, that Plaintiff Gregory Panka take nothing, that the action be dismissed with prejudice on the merits, each side to bear its own attorneys' fees and costs.

**SO ORDERED** this 15th day of February, 2012.

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

4844-1378-9710.1

2